DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALFREDO HERNANDEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:12-cr-00097 AWI-DLB |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. ) | ORDER |
| ALFREDO HERNANDEZ, JR., ) | Date:  June 25, 2012 |
| Defendant. ) | Time:  1:00 p.m. |
| ) | Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeremy Jehangiri, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Alfredo Hernandez, Jr., that the hearing currently set for June 11, 2012 at 1:00 p.m., **may be rescheduled to June 25, 2012 at 1:00 p.m.**

The requested continuance is necessary to allow for further defense investigation and plea discussions.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

...

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated: June 4, 2012                     /s/ Jeremy Jehangiri
                                        JEREMY JEHANGIRI
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender


Dated: June 4, 2012                     /s/ Peggy Sasso
                                        PEGGY SASSO
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Alfredo Hernandez, Jr.
```

IT IS SO ORDERED.

**Dated:  June 7, 2012**              **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE