DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALFREDO HERNANDEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-cr-00097 AWI-DLB |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| ALFREDO HERNANDEZ, JR., | Date: September 10, 2012 |
| *Defendant.* | Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Alfredo Hernandez, Jr., that the hearing currently set for August 6, 2012 at 10:00 a.m. before Judge Ishii, **may be rescheduled to September 10, 2012 at 10:00 a.m.** for anticipated change of plea.

New information has recently come to light, and the parties have begun to discuss the significance of this new information to the resolution of the case. Further discussion between the parties is necessary before the matter can be resolved. The requested continuance is necessary to allow for additional plea discussions. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: August 2, 2012

*/s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: August 2, 2012

*/s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
Alfredo Hernandez, Jr.

**ORDER**

IT IS SO ORDERED.

Dated: August 2, 2012

CHIEF UNITED STATES DISTRICT JUDGE