BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00097-AWI |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ALFREDO HERNANDEZ Jr., | |
| Defendant. | |

WHEREAS, on October 17, 2012, this Court entered a Preliminary Order of Forfeiture under the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Alfredo Hernandez Jr. forfeiting to the United States the following property:

    a. Western Digital external hard drive, serial number WCAU40652702;
    b. Sony Vaio laptop, serial number 2753213-3050881;
    c. Sony desktop computer tower, serial number 3003860, hard drive only;
    d. Sony desktop computer tower, serial number 3008116, hard drive only

AND WHEREAS, beginning on November 3, 2012, for at least 30 consecutive days, the United States published notice of the Court's

Preliminary Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. The published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

   AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

   Accordingly, it is hereby ORDERED and ADJUDGED:

   1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Alfredo Hernandez Jr.

   2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

   3.   The Department of Homeland Security, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   March 6, 2013

_____
   SENIOR DISTRICT JUDGE